**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JESSICA DIAZ,

                Plaintiff,                20 **CIVIL** 10346 (JLC)

     -v-                                   **<u>JUDGMENT</u>**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 20, 2022, Diaz's motion for judgment on the pleadings is denied, and the Commissioner's cross-motion is granted. Judgment is entered for the Commissioner.

**Dated:**  New York, New York
           September 20, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                      **BY:**    *K. Mango*

                                                  **Deputy Clerk**